Same case below, 380 Fed. Appx. 255.

**No. 10-6499. John Eley, Petitioner v. Mark Houk, Warden.**

562 U.S. 1111, 131 S. Ct. 822, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9668.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 604 F.3d 958.

**No. 10-6595. Cleve Foster, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1111, 131 S. Ct. 822, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9741.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 598.

**No. 10-6844. Jack E. Allen, Petitioner v. Randall E. Britton, Superintendent, State Correctional Institution at Houtzdale, et al.**

562 U.S. 1111, 131 S. Ct. 823, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9800.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-6846. Larry Bittick, Petitioner v. Chris Koster, Attorney General of Missouri, et al.**

562 U.S. 1112, 131 S. Ct. 823, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9646,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 380 Fed. Appx. 559.

**No. 10-6847. Dexter Baines, Petitioner v. Chicago Board of Education, et al.**

562 U.S. 1112, 131 S. Ct. 823, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9785.

December 13, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

**No. 10-6851. Randy Joe Skains, Petitioner v. Anthony Hedgpeth, Warden.**

562 U.S. 1112, 131 S. Ct. 824, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9686.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 620.

**No. 10-6859. Gerald Wilson, Petitioner v. California.**

562 U.S. 1112, 131 S. Ct. 824, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9713.

December 13, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-6861. Terry Smith, Petitioner v. Burl Cain, Warden.**

562 U.S. 1112, 131 S. Ct. 824, 178 L. Ed. 2d 562, 2010 U.S. LEXIS 9808.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.